IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

| | |
|---|---|
| Date: | March 29, 2024 |
| Courtroom Deputy: | Donald L. Clement |
| Court Reporter: | Erin Valenti |

| | |
|---|---|
| Criminal Action No. **1:22-cv-00077-GPG-JPO** | Counsel: |
| LASHAWNDA WRIGHT, | Sean Michael Dormer |
| BERNARD MYLES ALBURY, | |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO, | Tiffaney A. Norton |
| SILVERTREE PROPCO, LLC, | Amy Theresa Johnson |
| *Doing business as Wildwood Snowmass,* | |
| Defendant. | |

## COURTROOM MINUTES

**Video Motion Hearing**

**8:30 a.m.       Court in session.**

Appearances of counsel.

Court has reviewed the following documents prior to the hearing:

Court raises [D. 113] Motion to Dismiss the Second Amended Complaint and [D. 111] Amended Complaint for argument. Ms. Norton provides additional argument in support of the motion. Mr. Dormer provides additional argument against the motion.

Court takes judicial notice of date and time of when the case was opened.

Ms. Norton provides a response to Mr. Dormer's argument.

| | |
|---|---|
| **9:06 am** | **Court in recess** |
| **9:15 am** | **Court in session** |

Court takes judicial notice of the date case was filed, contact information for Mr. Riegerix, the case file, additional ECF system operational documents, and those documents will be uploaded into ECF by the Court staff.

Court provides finding of fact and conclusion of law.

**ORDERED:** that the [D. 113] Motion to Dismiss the Second Amended Complaint is **GRANTED.** The Amended Complaint against the Board of County Commissioners is **Dismissed with Prejudice**, and they are terminated as a party to this case.

**ORDERED**: that the Board of County Commissioners is awarded fees and costs having 30 days to file their fees and costs with the Court.

**ORDERED:** that the Stay of Discovery will remain in place for 60 days and the parties are to file an update with the Court.

**9:49 a.m.**        **Court is adjourned. Hearing concluded.**

Total time in court: 01:10 Minutes